**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


AL ZAYADI JASSIM ABDUL
HUSSAIN,

       Petitioner,

v.                                                                  CASE NO.  4:08cv101-RH/WCS

MICHAEL B. MUKASEY, et al.,

       Respondents.

_____/


**ORDER DISMISSING PETITION AS MOOT**


This matter is before the court on the magistrate judge's report and

recommendation (document 18), to which no objections have been filed.  Upon

consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The clerk must enter judgment stating, "The petition is dismissed as

moot."  The clerk shall enter judgment and close the file.

SO ORDERED on July 14, 2008.

s/Robert L. Hinkle
Chief United States District Judge
